B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of North Dakota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Altendorf Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Altendorf Harvesting** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**91-1785020** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**133 Harvey Avenue**<br>**Minto, ND**<br>ZIP Code **58261** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Walsh** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 356**<br>**Minto, ND**<br>ZIP Code **58261** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Altendorf Transport, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Altendorf Transport, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Jon R. Brakke**
Signature of Attorney for Debtor(s)

**Jon R. Brakke 03554**
Printed Name of Attorney for Debtor(s)

**Vogel Law Firm**
Firm Name

**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**

Address

**(701) 237-6983  Fax: (701) 476-7676**
Telephone Number

**December 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Janice M. Altendorf**
Signature of Authorized Individual

**Janice M. Altendorf**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 17, 2014**
Date

# United States Bankruptcy Court
### District of North Dakota

In re	**Altendorf Transport, Inc.**	Case No.
Debtor(s)	Chapter	**7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:	**December 17, 2014**	**/s/ Janice M. Altendorf**
	**Janice M. Altendorf**/**President**
	Signer/Title

```
A & A TIRE & REPAIR
PO BOX 145
MIDLAND, SD 57552-0145


AGRICREDIT ACCEPTANCE LLC
PO BOX 14535
DES MOINES, IA 50306-3535


ALTENDORF TRUCKING INC.
105 7TH STREET
MINTO, ND 58261


ALVIN BOUCHER
ROBERT VOGEL LAW OFFICE
200 FIRST AVENUE NORTH, SUITE 30
PO BOX 5576
GRAND FORKS, ND 58206-5576


ANDRE MARNEWECK
1006 MAPLE AVE
LAS ANIMAS, CO 81054


ANDREW MURRAY
BALLY VILAGE NO. 2
RUSTENBURG
NORTH-WEST 2099 SOUTH AFRICA


BERTS TRUCK EQUIPMENT INC.
2506 BUSINESS HWY 2 EAST
EAST GRAND FORKS, MN 56721


BLAKE TRANSPORTATION
1234 MCKINLEY
GREAT BEND, KS 67530


BULLDOG DESIGNS
212 S 4TH STREET
SUITE LL
GRAND FORKS, ND 58201


BUTLER MACHINERY
3401 33RD ST SW
PO BOX 9559
FARGO, ND 58106-9559
```

```
CALDWELL COOP
109 N ARAPAHOE
PO BOX 191
CALDWELL, KS 67022


CAN CAPITAL
ATTN: DERRON HARDY
2015 VAUGH RD, SUITE 500
KENNESAW, GA 30144


CAN CAPITAL ASSET SERVICING INC.
155 NORTH 400 WEST
SUITE 315
SALT LAKE CITY, UT 84103


CENTRAL PRAIRIE COOP
PO BOX 159
STERLING, KS 67579


CENTURY LINK-GRAIN EXPRESS
PO BOX 91154
SEATTLE, WA 98111-9254


COLBY CANVAS COMPANY
285 E 3RD STREET
PO BOX 793
COLBY, KS 67701


D & M AUTO BODY
PO BOX 344
EAST GRAND FORKS, MN 56721


DAKOTA METAL FABRICATION
PO BOX 66
MANVEL, ND 58256-0066


DORIN BUTNARIU
LULIU MANIU 28
50091-BRASOV - 2200, ROMANIA


EADS CONSUMER SUPPLY
500 E 15TH ST HWY 287
PO BOX 98
EADS, CO 81036
```

```
ERLING'S OIL
511 4TH AVE
PO BOX 700
LANGDON, ND 58249


FARMERS UNION-BUXTON
PO BOX 116
BUXTON, ND 58218


FERRELLGAS
PO BOX 173940
DENVER, CO 80217


FINEST AUTO TRIM, INC.
2201 DEMERS AVE
GRAND FORKS, ND 58208-2665


FORKS FREIGHT
4200 GATEWAY DR
PO BOX 12665
GRAND FORKS, ND 58208-2665


GAVILON
ATTN: MATTHEW DEBOLT
1331 CAPITOL AVE
OMAHA, NE 68102


GRAFTON AUTO ELECTRIC
PO BOX 608
GRAFTON, ND 58237


GRAFTON TRUE VALUE
532 HILL AVENUE
GRAFTON, ND 58237


GRAND FORKS FINANCE
1325 DEMERS AVE
SUITE B
GRAND FORKS, ND 58201


H.E. EVERSON
PO BOX 167
GRAFTON, ND 58237
```

```
HANSON LEASE & RENTAL, INC.
1325 DEMERS AVE
GRAND FORKS, ND 58208


HANSON'S AUTO
14830 HWY 17 W
GRAFTON, ND 58237


HUGH BARRON
267 PARTON ROAD
PAPAMOA
BAY OF PLENTY, NEW ZEALAND 3118


INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039



INTERSTATE POWER
PO BOX 1450
MINNEAPOLIS, MN 55485-7244


INTERSTATE TIRE ACCOUNT
PO BOX 1450
MINNEAPOLIS, MN 55485-7244


JOHNSON TRAILER
PO BOX 1516
BISMARCK, ND 58502-1516


KANSAS DEPARTMENT OF REVENUE
DIVISION OF PROPERTY VALUATION
915 SW HARRISON ST
TOPEKA, KS 66612-1585


KXPO & KAUJ
856 W 12TH ST
GRAFTON, ND 58237


LEADING EDGE EQUIPMENT
506 HWY 2 W
PO BOX 1108
DEVILS LAKE, ND 58301
```

```
LEOTI AG SUPPLY
707 S 4TH ST
LEOTI, KS 67861


LUCKEN TRUCKS & PARTS
23125 430TH ST SE
PO BOX 69
WINGER, MN 56592


MAC SCHNEIDER
SCHNEIDER, SCHNEIDER & SCHNEIDER
815 THIRD AVENUE SOUTH
FARGO, ND 58103


MITCHELL'S PILOT CAR SERVICE
900 ROAD 322
GLENDIVE, MT 59330


MN DEPARTMENT OF PUBLIC SAFETY
OVERWEIGHT TRUCK ENFORCEMENT PROGRAM
1110 CENTRE POINTE CURVE
MENDOTA HEIGHTS, MN 55120


MORNE VIVIER
24 LIMPGRO STR.
BONNIE BROOK
KRAAIFONTAIN 7570 SOUTH AFRICA


NAPA-NORTH CENTRAL AUTO
109 W 1ST ST
HAVRE, MT 59501


NATIONAL INDEMNITY
PO BOX 77029
MINNEAPOLIS, MN 55480-7729


NORTHWEST TRUCK AND TRAILER, INC.
4020 12TH AVE NW
FARGO, ND 58102


OAKES TRUCK & TRAILER, LLC
11019 HWY 11
OAKES, ND 58474
```

```
PERFORMANT RECOVERY, INC.
PO 9046
PLEASANTON, CA 94566


PHILIP HEALTH SERVICES, INC.
PO BOX 550
PHILIP, SD 57567


PHILLIP F. MALOUFF, JR.
301 COLORADO AVENUE, SUITE 300
PO BOX 780
LA JUNTA, CO 81050


PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250-7874


PLAINS COOPERATIVE TELEPHONE
PO BOX 123
JOES, CO 80822-0123


PRAIRIE MOTEL
12150 US HWY 63
ANTON, CO 80801


PS DOORS
4212 GATEWAY DR
GRAND FORKS, ND 58203


RAYMOND OWEN
UNIT 66A
2 ARMOY DRIVE
BOTANY 2016


RDO EQUIPMENT
HWY 83 N
WASHBURN, ND 58577


RDO EQUIPMENT
2900 MAIN AVE SE
MOORHEAD, MN 56560
```

```
RDO EQUIPMENT CO.
ATTN: BRIAN MADSON
DIRECTOR OF CREDIT OPERATIONS
PO BOX 7160
FARGO, ND 58106-7160


RDO TRUCK CENTER, INC.
ATTN: SANDRA HALL
PO BOX 9030
FARGO, ND 58104


RELIANCE TELEPHONE
118 GATEWAY DRIVE NW
EAST GRAND FORKS, MN 56721


RIVER VALLEY NEWSPAPER GROUP
PO BOX 4008
LA CROSSE, WI 54602-4008


RON'S OIL CO.
KANSAS 96
TRIBUNE, KS 67879


RUAN GOUWS
PO BOX 379
MARBLE HALL
0450, SOUTH AFRICA


S & S TRAILER
717 N PENNSYLVANIA
NESS CITY, KS 67560


SEMI TRAILER SALES
3701 38TH STREET SOUTH #A
FARGO, ND 58104


STONES
1550 47TH AVE S
GRAND FORKS, ND 58201


SURPLUS CENTER
1730 NORTH WASHINGTON
GRAND FORKS, ND 58203
```

```
T.R.S. INDUSTRIES, INC.
1230 40TH STREET NW
FARGO, ND 58102


TCF EQUIPMENT FINANCE
11100 WAYZATA BLVD
SUITE 801
HOPKINS, MN 55305


THEODORE P. WATSON
925 S NIAGARA ST
SUITE 600
DENVER, CO 80224


TIM CHAPMAN
170 PACIFIC ROAD NORTH
NEW BRIGHTON, CHRISTCHURCH 8083


TOM WOOD
PO BOX 171
JOPLIN, MT 59531


TONER'S TIRE
PO BOX 226
RUDYARD, MT 59540-0266


TRI-STEEL MFG. COMPANY
PO BOX 14716
GRAND FORKS, ND 58208-4716


U. S. DEPARTMENT OF LABOR
OCCUPATIONAL HEALTH & SAFETY ADMIN.
200 CONSTITUTION AVENUE NW
WASHINGTON, DC 20210


U.S. DEPARTMENT OF LABOR
EMPLOYMENT & TRAINING ADMINISTRATION
CHICAGO NATIONAL PROCESSING CENTER
11 WEST QUINCY COURT
CHICAGO, IL 60604


UDROVE
PO BOX 329
NEW PLYMOUTH, ID 83655
```

```
UGLEM-NESS COMPANY
HWY #15 WEST
NORTHWOOD, ND 58267


VAALER INSURANCE COMPANY
2701 S COLUMBIA ROAD
PO BOX 12848
GRAND FORKS, ND 58208-2848


VALLEY TRUCK
1717 CENTRAL AVE NW
EAST GRAND FORKS, MN 56721-1310


VALLEY TRUCK PARTS
6000 HWY 50 & 287 W
LAMAR, CO 81052


WALLWORK FINANCIAL CORP.
P. O. BOX 628
FARGO, ND 58103


WALLWORK TRUCK CENTER
900 35TH ST. NW
FARGO, ND 58102


WEST RIVER
1000 HWY 12
HETTINGER, ND 58639-7530


WESTERN COMMUNICATIONS, INC.
3106 CAMBELL ST
RAPID CITY, SD 57701


WESTERN EQUIPMENT FINANCE, INC.
PO BOX 640
DEVILS LAKE, ND 58301-0640


WILLIAM HESS
27469 280TH AVE SE
BROOKS, MN 56715-9360
```

# United States Bankruptcy Court
## District of North Dakota

In re  **Altendorf Transport, Inc.**                                        Case No.
                              Debtor(s)                                      Chapter    **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Altendorf Transport, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 17, 2014**                                 **/s/ Jon R. Brakke**
Date                                                  **Jon R. Brakke 03554**
                                                      Signature of Attorney or Litigant
                                                      Counsel for  **Altendorf Transport, Inc.**
                                                      **Vogel Law Firm**
                                                      **218 NP Avenue**
                                                      **P. O. Box 1389**
                                                      **Fargo, ND 58107-1389**
                                                      **(701) 237-6983 Fax:(701) 476-7676**