B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of North Dakota

In re   **Altendorf Transport, Inc.**                                    ,   Case No.   __**14-30651**__

                                                        Debtor

                                                                        Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 447,763.93 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 124,148.10 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 450,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 1,779,927.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 447,763.93 | | |
| Total Liabilities | | | | 2,354,075.22 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of North Dakota

In re     **Altendorf Transport, Inc.**                                   ,     Case No. _____**14-30651**_____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Altendorf Transport, Inc.**                       ,      Case No.    __14-30651__

                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

                                            (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Altendorf Transport, Inc.**                                                    Case No.  __14-30651__
,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash in safe** | - | 790.52 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bremer Bank Commerical Business Checking (account no. 003617153)** | - | 68,702.35 |
| | | **Choice Financial checking (account no. 121108294)** | - | 4,680.24 |
| | | **Koda Bank Checking (account no. 11751101)** | - | 10,131.64 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          84,304.75
(Total of this page)

__5__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Altendorf Transport, Inc.**                                          ,        Case No.    __14-30651__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Owed from IMCA Capital, 11620 Wilshire Boulevard, 6th Floor, Los Angeles, CA  90025 (canceled financing - deposit)** | - | 3,631.98 |
| | | **Aged accounts receivable** | - | 55,577.20 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **59,209.18**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                    ,      Case No.   **14-30651**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998  B01 Hornet Camper; VIN 44HTH0S25W4014093 ($2,000)**<br>**1979 B04 Kentucky Semi Camper; VIN 56427 ($1,500)**<br>**2000 B05 Luxury Camper; VIN 5CZ200R34Y1014997 ($3,000)**<br>**1998 B07 Homemade - Taylor 1 Bunkhouse; SN 328823 ($3,500)**<br>**2001 B08 Homemade; ND69870 ($3,500)**<br>**B09 Schultz Mobile Home ($?)**<br>**1974 B10  Champion Mobile Home  -**<br>**2002 B11 RBUD Vacation Aire - Benedict; VIN 5CZ300R3821116248 2002 ($3,500)**<br>**2005 B12 Royal - Taylor 4; VIN 2S9KN836853015751 ($9,500)**<br>**1998 B27 Homemade - Taylor 4 Bunkhouse; VIN 13279265 Homemade  ($3,500)**<br>**Ardoch, ND** | **-** | **30,000.00** |

|  |  |  | Sub-Total ><br>(Total of this page) | **30,000.00** |

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Altendorf Transport, Inc.**                                                  ,   Case No.   __14-30651__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2008 P30-08 1FTPW14V28KC50896 Ford Lariat SuperCrew F150  ($2,500)<br>2008 P31-08 3D7MX48A08G216056 Dodge Ram 3500  ($10,500)<br>2008 P32-08 3D7MX48A38G216052 Dodge Ram 3500  ($10,500)<br>2008 P33-08 3D7MX48A78G216054 Dodge Ram 3500  ($10,500)<br>2008 P35-08 3D7MX48A58G216053 Dodge Ram 3500  ($10,500)<br>2007 P36-11 3D6WH48A87G843046 Dodge Ram 3500  ($10,500)<br>1998 P37-08 1GHDT13W0W2710456 Oldsmobile Bravada  1,000<br>2007 P38-09 1FTSW21P16EC19611 Ford F250 3/4 Ton  ($2,500)<br>2002 P39-11 1FTRX18L82KA95745 Ford F150 ($1,500)<br>2011   Service Body P36  ($500)<br>Ardoch, ND | - | 60,500.00 |
| | | 2007 HT404-07 HT5001 Maurer HT36' ($1,000 )<br>HT404-08 HT5855 Maurer HT38' ($1,000)<br>2007 HT406-07 HT5018 Maurer HT36' ($1,000)<br>HT407-07 HT5002 Maurer HT36' ($1,000)<br>2008 HT447-08 2CUR492E482025180 Trailtech DD DR21000-40' ($7,500)<br>2008 HT448-08 2CUR492E682025181 Trailtech DD DR21000-40' ($7,500)<br><br>Ardoch, ND<br> HT449-08 HT5489 Maurer HT38'  1,000    none<br>2009 HT451-09 2CUR492E492026895 Trailtech DR21000-40'  7,500   none | - | 26,500.00 |
| | | TR38  John Deere Yard Tractor Model 5303  (VIN PY5303U002757)<br>Ardoch, ND | - | 18,500.00 |
| | | 1999 Hopper Bottom  PT498-10; VIN 1JJV532F3XF633844; Freuhauf; Dry Van<br>Ardoch, ND | - | 1,500.00 |
| | | 2013 Chevrolet Silverado 4WD 2500HD VIN 1GC1KYC8XBF130379 | - | 26,000.00 |

Sub-Total >            133,000.00
(Total of this page)

Sheet   __3__   of   __5__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Altendorf Transport, Inc.**              ,    Case No.    **14-30651**

                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Trailer-Header 2013 HT450 HHA81244 HEADHUNTER HT42** | - | 56,500.00 |
| | | **Trailer-Header 2009 HT451-09 2CUR492E492026895 Trailtech DR21000-40'** | | |
| | | **Trailer-Header 2013 HT451-13 HHA81245 HEADHUNTER HT42** | | |
| | | **Trailer-Header 2013 HT452-13 HHA81246 HEADHUNTER HT42** | | |
| | | **Trailer-Header 2013 HT453-13 2229 HEADHUNTER HT42** | | |
| | | **Trailer-Header 2013 HT454-13 2236 HEADHUNTER HT42** | | |
| | | **Trailer-Header 2013 HT455 HHA1243 HEADHUNTER HT42** | | |
| | | **Trailer-Header 2013 HT456-13 HB4245-5978 CHALLENGER -HARVEST** | | |
| | | **Trailer-Header 2013 HT457-13 HB4245-5991 CHALLENGER -HARVEST** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Dell computer and accessories** | - | 5,500.00 |
| | | **Reliance Samsung phone system** | - | 3,000.00 |
| | | **Office Furniture - Wood Desk, Chair, cabinets** | - | 3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2 Air Compressors ($500 each)** | - | 1,000.00 |
| | | **Misc. shop equipment** | - | 3,000.00 |
| | | **950414 Woods Mower WDSBB72** | - | 750.00 |
| | | **Motorola Radios-20 fixed, 1 portable, & acc.; CM300** | - | 500.00 |
| | | **2012 Header-Corn John Deere C612 (VIN 1H0612CCEB0740179)** | - | 65,000.00 |
| | | **2010 Fuel Caddy FC932; VIN 1R9CD1523AL427192 Roadrunner Fuel Cart** | - | 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    141,250.00
(Total of this page)

Sheet   **4**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Altendorf Transport, Inc.**                                      ,    Case No.    **14-30651**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **447,763.93** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Altendorf Transport, Inc.** Case No. **14-30651**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 Chevrolet Silverado 4WD 2500HD VIN 1GC1KYC8XBF130379 | | | | | |
| First Interstate Bank PO Box 7087 Billings, MT 59103 | X | - | | | | | | |
| | | | Value $ 26,000.00 | | | | 27,036.00 | 1,036.00 |
| Account No. | | | Equipment and Vehicles | | | | | |
| Grand Forks Finance 1325 Demers Ave Suite B Grand Forks, ND 58201 | | - | | | | | | |
| | | | Value $ Unknown | | | | Unknown | Unknown |
| Account No. | | | 2012 Header-Corn John Deere C612 (VIN 1H0612CCEB0740179) | | | | | |
| John Deere Financial PO Box 6600 Johnston, IA 50131-6600 | X | - | | | | | | |
| | | | Value $ 65,000.00 | | | | 40,188.00 | 0.00 |
| Account No. | | | | | | | | |
| JD Finance PO Box 4450 Carol Stream, IL 60197-4450 | | | Representing: John Deere Financial | | | | Notice Only | |
| | | | Value $ | | | | | |
| _1_ continuation sheets attached | | | Subtotal (Total of this page) | | | | 67,224.00 | 1,036.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Altendorf Transport, Inc.** ,   Case No.  __14-30651__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Trailer-Header 2013 HT450 HHA81244 HEADHUNTER HT42 Trailer-Header 2009 HT451-09 2CUR492E492026895 Trailtech DR21000-40' Trailer-Header 2013 HT451-13 HHA81245 HEADHUNTER HT42 Trailer-Header 2013 HT452-13 HHA81246 | | | | | |
| **TCF Equipment Finance** **11100 Wayzata Blvd** **Suite 801** **Hopkins, MN 55305** | X | - | | | | | | |
| | | | Value $              **56,500.00** | | | | **56,924.10** | **424.10** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **56,924.10** | **424.10** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **124,148.10** | **1,460.10** |

B6E (Official Form 6E) (4/13)

In re   **Altendorf Transport, Inc.**                                    Case No.   **14-30651**
                                                                         ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Altendorf Transport, Inc.**                                      ,    Case No.    __14-30651__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>Ogden, UT 84201-0039** | - | | **940/941/2290  (2013-2014)** | | | | 450,000.00 | Unknown<br><br>Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 0.00<br>450,000.00 ... 0.00 |
| | Total<br>(Report on Summary of Schedules) | 0.00<br>450,000.00 ... 0.00 |

B6F (Official Form 6F) (12/07)

In re __**Altendorf Transport, Inc.**_____,    Case No. ___**14-30651**_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tire repairs | | | | |
| **A & A Tire & Repair** **PO Box 145** **Midland, SD 57552-0145** | | - | | | | | **1,305.96** |
| Account No. | | | Copy lease | | | | |
| **Advanced Business Methods** **1515 13th Ave. East** **PO Box 428** **West Fargo, ND 58078** | | - | | | | | **Unknown** |
| Account No. | | | Potential deficiency | | | | |
| **Agricredit Acceptance LLC** **PO Box 14535** **Des Moines, IA 50306-3535** | | - | | | | | **Unknown** |
| Account No. | | | T-shirts | | | | |
| **Akran Marketing** **2000 Thurston Drive, Suite 12** **Ottawa, Ontario K1G** **Canada** | | - | | | | | **1,851.95** |

___21___  continuation sheets attached

Subtotal
(Total of this page)     **3,157.91**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:38829-141201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                              ,  Case No. __14-30651__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | - | Loans | | | | |
| Altendorf Trucking Inc. 105 7th Street Minto, ND 58261 | | | | | | | | 103,630.97 |
| Account No. | | | - | Plaintiffs' Attorney in Federal District Court Case No. 2:10-cv-00103-RRE-KKK | | | X | |
| Alvin Boucher Robert Vogel Law Office 200 First Avenue North, Suite 30 PO Box 5576 Grand Forks, ND 58206-5576 | | | | | | | | 0.00 |
| Account No. | | | - | RV park fees | | | | |
| Amber Waves RV PO Box 127 Bushton, KS 67427 | | | | | | | | 848.00 |
| Account No. xxxx-x2007 | X | | - | Credit Card (travel, fuel, repairs) | | | | |
| American Express Customer Service PO Box 981535 El Paso, TX 79998-1535 | | | | | | | | 39,353.71 |
| Account No. | | | - | Plaintiff in Federal District Court Case No. 2:10-cv-00103-RRE-KKK | | | X | |
| Andre Marneweck 1006 Maple Ave Las Animas, CO 81054 | | | | | | | | Unknown |

| Sheet no. __1__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 143,832.68 |
|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Altendorf Transport, Inc.** ,                                           Case No.   **14-30651**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Andrew Murray <br> Bally Vilage No. 2 <br> Rustenburg <br> North-West 2099 South Africa | - | | Plaintiff in Federal District Court Case No. 2:10-cv-00103-RRE-KKK | | | X | Unknown |
| Account No. <br><br> Berts Truck Equipment Inc. <br> 2506 Business Hwy 2 East <br> East Grand Forks, MN 56721 | - | | Repairs | | | | 1,115.28 |
| Account No. <br><br> Berts Truck Equipment Inc. <br> 2506 Business Hwy 2 East <br> East Grand Forks, MN 56721 | - | | Repairs to 2 axles on Grand Forks Finance Trucks #160 and #161 | | | X | 15,000.00 |
| Account No. <br><br> Bulldog Designs <br> 212 S 4th Street <br> Suite LL <br> Grand Forks, ND 58201 | - | | Custom lettering | | | | 1,841.70 |
| Account No. <br><br> Butler Machinery <br> 3401 33rd St SW <br> PO Box 9559 <br> Fargo, ND 58106-9559 | - | | Repairs | | | | 850.36 |

Sheet no. __2__ of __21__ sheets attached to Schedule of                           Subtotal | 18,807.34
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.** _____,     Case No. ____**14-30651**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Fuel | | | | |
| **Caldwell Coop** **109 N Arapahoe** **PO Box 191** **Caldwell, KS 67022** | | - | | | | | | **13,768.28** |
| Account No. **xxxxxxx7633** | | | | Working capital loan | | | | |
| **CAN Capital Asset Servicing Inc.** **155 North 400 West** **Suite 315** **Salt Lake City, UT 84103** | | - | | | | | | **109,828.76** |
| Account No. | | | | Representing: **CAN Capital Asset Servicing Inc.** | | | | **Notice Only** |
| **CAN Capital** **Attn: Derron Hardy** **2015 Vaugh Rd, Suite 500** **Kennesaw, GA 30144** | | | | | | | | |
| Account No. **xxx2452** | | | | Credit Card | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | X | - | | | | | | **1,410.98** |
| Account No. **xxx5801** | | | | Credit Card | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | X | - | | | | | | **6,641.83** |

Sheet no. __**3**___ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **131,649.85**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                    ,   Case No.   **14-30651**
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0452** | | | | Credit Card | | | | |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | X | - | | | | | | 317.04 |
| Account No. | | | | Fuel | | | | |
| Central Prairie Coop PO Box 159 Sterling, KS 67579 | | - | | | | | | 5,896.90 |
| Account No. | | | | Phone expense | | | | |
| Century Link-Grain Express PO Box 91154 Seattle, WA 98111-9254 | | - | | | | | | 176.30 |
| Account No. **xxxx-xxxx-xxxx-4054** | | | | Credit card (fuel, truck, license) | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | X | - | | | | | | 11,447.13 |
| Account No. **xxxx-xxxx-xxxx-6690** | | | | Credit Card | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | X | - | | | | | | 22,663.88 |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       40,501.25

B6F (Official Form 6F) (12/07) - Cont.

In re **Altendorf Transport, Inc.** ,    Case No.    **14-30651**
                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Colby Canvas Company**<br>**285 E 3rd Street**<br>**PO Box 793**<br>**Colby, KS 67701** | - | | | **Tarp covers** | | | | 1,774.12 |
| Account No.<br><br>**D & M Auto Body**<br>**PO Box 344**<br>**East Grand Forks, MN 56721** | - | | | **Repairs** | | | | 500.00 |
| Account No.<br><br>**Dakota Metal Fabrication**<br>**PO Box 66**<br>**Manvel, ND 58256-0066** | - | | | **Welding** | | | | 1,219.90 |
| Account No.<br><br>**Dales Body Shop**<br>**635 Griggs Ave.**<br>**Grafton, ND 58237** | - | | | **Body Work** | | | | 2,971.20 |
| Account No.<br><br>**Dorin Butnariu**<br>**Luliu Maniu 28**<br>**50091-Brasov - 2200, Romania** | - | | | **Plaintiff in Federal District Court Case No. 2:10-cv-00103-RRE-KKK** | | | X | Unknown |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,465.22

B6F (Official Form 6F) (12/07) - Cont.

In re __Altendorf Transport, Inc.__ ,                     Case No. ___14-30651___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tax preparation fees | | | | |
| Drees Riskey 1405 Library Circle Grand Forks, ND 58203 | - | | | | | | 6,425.97 |
| Account No. | | | Collection Litigation (fuel) | | | | |
| Eads Consumer Supply 500 E 15th St Hwy 287 PO Box 98 Eads, CO 81036 | - | | | | | | 15,061.40 |
| Account No. | | | Representing: Eads Consumer Supply | | | | Notice Only |
| Phillip F. Malouff, Jr. 301 Colorado Avenue, Suite 300 PO Box 780 La Junta, CO 81050 | | | | | | | |
| Account No. | | | Fuel | | | | |
| Erling's Oil 511 4th Ave PO Box 700 Langdon, ND 58249 | - | | | | | | 37,750.72 |
| Account No. | | | Fuel | | | | |
| Farmers Union-Buxton PO Box 116 Buxton, ND 58218 | - | | | | | | 20,125.85 |

Sheet no. __6__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,363.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**_____,    Case No. _____**14-30651**_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Propane | | | | |
| Ferrellgas PO Box 173940 Denver, CO 80217 | - | | | | | | 643.84 |
| Account No. | | | Repairs/Parts | | | | |
| Finest Auto Trim, Inc. 2201 Demers Ave Grand Forks, ND 58208-2665 | - | | | | | | 631.66 |
| Account No. | | | Truck repairs | | | | |
| Forks Freight 4200 Gateway Dr PO Box 12665 Grand Forks, ND 58208-2665 | - | | | | | | 2,518.72 |
| Account No. | | | Freight damage | | | | |
| Gavilon Attn: Matthew Debolt 1331 Capitol Ave Omaha, NE 68102 | - | | | | | | 3,164.91 |
| Account No. | | | Repairs/parts | | | | |
| Grafton Auto Electric PO Box 608 Grafton, ND 58237 | - | | | | | | 238.09 |

Sheet no. __**7**___ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,197.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                    ,        Case No.    **14-30651**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplies | | | | |
| Grafton True Value<br>532 Hill Avenue<br>Grafton, ND 58237 | - | | | | | | 813.68 |
| Account No. | | | Multiple leases | | | | |
| Grand Forks Finance<br>1325 Demers Ave<br>Suite B<br>Grand Forks, ND 58201 | - | | | | | | Unknown |
| Account No. | | | Parts | | | | |
| H.E. Everson<br>PO Box 167<br>Grafton, ND 58237 | - | | | | | | 201.57 |
| Account No. | | | Multiple leases | | | | |
| Hanson Lease & Rental, Inc.<br>1325 Demers Ave<br>Grand Forks, ND 58208 | - | | | | | | Unknown |
| Account No. | | | Truck repairs | | | | |
| Hanson's Auto<br>14830 Hwy 17 W<br>Grafton, ND 58237 | - | | | | | | 6,114.96 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,130.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                          ,     Case No.    **14-30651**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hugh Barron** <br> **267 Parton Road** <br> **Papamoa** <br> **Bay of Plenty, New Zealand 3118** | - | | **Plaintiff in Federal District Court Case No. 2:10-cv-00103-RRE-KKK** | | | X | **Unknown** |
| Account No. <br><br> **Interstate Power** <br> **PO Box 1450** <br> **Minneapolis, MN 55485-7244** | - | | Truck repairs | | | | **17,912.08** |
| Account No. <br><br> **Interstate Tire Account** <br> **PO Box 1450** <br> **Minneapolis, MN 55485-7244** | - | | Tires | | | | **3,861.51** |
| Account No. <br><br> **John Deere Financial** <br> **Farm Plan Account** <br> **8402 Excelsior Drive** <br> **PO Box 5328** <br> **Madison, WI 53705** | - | | Parts and Repairs | | | | **72,084.52** |
| Account No. <br><br> **Johnson Trailer** <br> **PO Box 1516** <br> **Bismarck, ND 58502-1516** | - | | Repairs | | | | **2,837.04** |

Sheet no. __9__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **96,695.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Altendorf Transport, Inc.**                                    ,      Case No.    **14-30651**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Fines | | | | |
| Kansas Department of Revenue Division of Property Valuation 915 SW Harrison St Topeka, KS 66612-1585 | | - | | | | | | 4,670.78 |
| Account No. | | | | Advertising | | | | |
| KXPO & KAUJ 856 W 12th St Grafton, ND 58237 | | - | | | | | | 147.54 |
| Account No. | | | | Parts | | | | |
| Leading Edge Equipment 506 Hwy 2 W PO Box 1108 Devils Lake, ND 58301 | | - | | | | | | 2,801.52 |
| Account No. | | | | Business debt | | | | |
| Leoti Ag Supply 707 S 4th St Leoti, KS 67861 | | - | | | | | | 10.18 |
| Account No. | | | | Repairs/parts | | | | |
| Lucken Trucks & Parts 23125 430th St SE PO Box 69 Winger, MN 56592 | | - | | | | | | 310.88 |

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,940.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                    ,    Case No.    **14-30651**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Plaintiffs' Attorney in Federal Court Case No. 2:10-cv-00103-RRE-KKK | | | | |
| Mac Schneider<br>Schneider, Schneider & Schneider<br>815 Third Avenue South<br>Fargo, ND 58103 | - | | | | | X | 0.00 |
| Account No. | | | Telecommunications | | | | |
| Midcontinent Communications<br>PO Box 5010<br>Sioux Falls, SD 57117-5010 | - | | | | | | Unknown |
| Account No. | | | Pilot service | | | | |
| Mitchell's Pilot Car Service<br>900 Road 322<br>Glendive, MT 59330 | - | | | | | | 1,226.20 |
| Account No. | | | Fine | | | | |
| MN Department of Public Safety<br>Overweight Truck Enforcement Program<br>1110 Centre Pointe Curve<br>Mendota Heights, MN 55120 | - | | | | | | 1,131.76 |
| Account No. | | | Plaintiff in Federal District Court Case No. 2:10-cv-00103-RRE-KKK | | | | |
| Morne Vivier<br>24 Limpgro Str.<br>Bonnie Brook<br>Kraaifontain 7570 South Africa | - | | | | | X | Unknown |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **2,357.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.** ,                        Case No.    **14-30651**
                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Parts | | | | |
| NAPA Auto Parts Farnam Genuine Parts 216 Dakota Ave. No. Huron, SD 57350 | | - | | | | | | 1,087.83 |
| Account No. | | | | Parts | | | | |
| NAPA-North Central Auto 109 W 1st St Havre, MT 59501 | | - | | | | | | 1,000.95 |
| Account No. | | | | Premiums | | | | |
| National Indemnity PO Box 77029 Minneapolis, MN 55480-7729 | | - | | | | | | 14,301.00 |
| Account No. | | | | Repairs/parts | | | | |
| Northwest Truck and Trailer, Inc. 4020 12th Ave NW Fargo, ND 58102 | | - | | | | | | 3,122.14 |
| Account No. | | | | Tow truck | | | | |
| Oakes Truck & Trailer, LLC 11019 Hwy 11 Oakes, ND 58474 | | - | | | | | | 507.04 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **20,018.96**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                          ,      Case No.  __14-30651__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Philip Health Services, Inc.<br>PO Box 550<br>Philip, SD 57567 | - | | Employee health issues | | | | 443.00 |
| Account No.<br><br>Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | - | | Stamp service | | | | 650.94 |
| Account No.<br><br>Plains Cooperative Telephone<br>PO Box 123<br>Joes, CO 80822-0123 | - | | Utilities | | | | 222.48 |
| Account No.<br><br>Prairie Motel<br>12150 US Hwy 63<br>Anton, CO 80801 | - | | Camper fees | | | | 1,715.58 |
| Account No.<br><br>PS Doors<br>4212 Gateway Dr<br>Grand Forks, ND 58203 | - | | Repair building door | | | | 3,610.75 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,642.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                          ,          Case No.   **14-30651**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Raymond Owen<br>Unit 66A<br>2 Armoy Drive<br>Botany 2016** | - | | **Plaintiff in Federal District Court Case No. 2:10-cv-00103-RRE-KKK** | | | X | **Unknown** |
| Account No.<br><br>**RDO Equipment<br>Hwy 83 N<br>Washburn, ND 58577** | - | | **Parts** | | | | **1,987.29** |
| Account No.<br><br>**RDO Equipment<br>2900 Main Ave SE<br>Moorhead, MN 56560** | - | | **Repairs and rental** | | | | **71,898.80** |
| Account No.<br><br>**RDO Equipment Co.<br>ATTN:  Brian Madson<br>Director of Credit Operations<br>PO Box 7160<br>Fargo, ND 58106-7160** | - | | **Lease arrearages (equipment returned).** | | | | **626,761.58** |
| Account No. **x1506**<br><br>**RDO Truck Center, Inc.<br>ATTN:  Sandra Hall<br>PO Box 9030<br>Fargo, ND 58104** | - | | **Repairs** | | | | **12,833.29** |

Sheet no. **14** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**713,480.96**

B6F (Official Form 6F) (12/07) - Cont.

In re **Altendorf Transport, Inc.** , Case No. **14-30651**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Telephone | | | | |
| Reliance Telephone 118 Gateway Drive NW East Grand Forks, MN 56721 | - | | | | | | | 805.90 |
| Account No. | | | | Advertising | | | | |
| River Valley Newspaper Group PO Box 4008 La Crosse, WI 54602-4008 | - | | | | | | | 654.47 |
| Account No. | | | | Fuel | | | | |
| Ron's Oil Co. Kansas 96 Tribune, KS 67879 | - | | | | | | | 13,303.21 |
| Account No. | | | | Plaintiff in Federal Court Case No. 2:10-cv-00103-RRE-KKK | | | | |
| Ruan Gouws PO Box 379 Marble Hall 0450, South Africa | - | | | | | | X | Unknown |
| Account No. | | | | Trailer rent | | | | |
| S & S Trailer 717 N Pennsylvania Ness City, KS 67560 | - | | | | | | | 4,250.00 |

Sheet no. __15__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **19,013.58**

B6F (Official Form 6F) (12/07) - Cont.

In re __Altendorf Transport, Inc._____,   Case No. ___14-30651_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Semi Trailer Sales**<br>**3701 38th Street South #A**<br>**Fargo, ND 58104** | - | | **Repairs.** | | | | **7,077.29** |
| Account No.<br><br>**Stones**<br>**1550 47th Ave S**<br>**Grand Forks, ND 58201** | - | | **Service and repair** | | | | **3,235.16** |
| Account No.<br><br>**Surplus Center**<br>**1730 North Washington**<br>**Grand Forks, ND 58203** | - | | **Parts** | | | | **885.54** |
| Account No.<br><br>**T.R.S. Industries, Inc.**<br>**1230 40th Street NW**<br>**Fargo, ND 58102** | - | | **Repairs** | | | | **1,402.86** |
| Account No. 001-0546373<br><br>**TCF Equipment Finance**<br>**11100 Wayzata Blvd**<br>**Suite 801**<br>**Hopkins, MN 55305** | - | | **August 2013**<br>**Potential deficiency on 6 Hunter Trailers and 2 Harvest Trailers** | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __16__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **12,600.85** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Altendorf Transport, Inc.**                                    ,          Case No.   **14-30651**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C116269275** <br><br> **Texas Comptroller Division** <br> **PO Box 12548** <br> **Austin, TX 78711-2548** | | - | Franchise Tax | | | | 9,556.53 |
| Account No. <br><br> **Theodore P. Watson** <br> **925 S Niagara St** <br> **Suite 600** <br> **Denver, CO 80224** | | - | Attorney Fees | | | | 5,012.00 |
| Account No. <br><br> **Theodore P. Watson and Associates** <br> **13721 East Rice Place** <br> **Suite 106** <br> **Aurora, CO 80015** | | | Representing: <br> **Theodore P. Watson** | | | | Notice Only |
| Account No. <br><br> **Tim Chapman** <br> **170 Pacific Road North** <br> **New Brighton, Christchurch 8083** | | - | Federal District Court Case No. <br> 1:20-cv-00103-RRE-KKK | | | X | Unknown |
| Account No. <br><br> **Titan Machinery** <br> **PO Box 14548** <br> **Grand Forks, ND 58208-4548** | | - | Repairs/parts | | | | 7,446.55 |

| | |
|---|---|
| Sheet no. **17** of **21** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **22,015.08** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Altendorf Transport, Inc.**                                          ,        Case No.   **14-30651**

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Tom Wood** **PO Box 171** **Joplin, MT 59531** | - | | | | | | 1,658.13 |
| Account No. | | | Business debt | | | | |
| **Toner's Tire** **PO Box 226** **Rudyard, MT 59540-0266** | - | | | | | | 791.70 |
| Account No. | | | Business debt | | | | |
| **Tri-Steel Mfg. Company** **PO Box 14716** **Grand Forks, ND 58208-4716** | - | | | | | | 648.68 |
| Account No. **xxxxxxx232A** | | | OSHA Fine | | | | |
| **U. S. Department of Labor** **Occupational Health & Safety Admin.** **200 Constitution Avenue NW** **Washington, DC 20210** | - | | | | | | 11,562.79 |
| Account No. **2014308232A** | | | Representing: U. S. Department of Labor | | | | |
| **Performant Recovery, Inc.** **PO 9046** **Pleasanton, CA 94566** | | | | | | | **Notice Only** |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,661.30**

B6F (Official Form 6F) (12/07) - Cont.

In re **Altendorf Transport, Inc.** , Case No. **14-30651**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2014308232A**<br><br>**U. S. Dept. of the Treasury**<br>**Debt Management Services**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794** | | | Representing:<br>U. S. Department of Labor | | | | **Notice Only** |
| Account No.<br><br>**U.S. Department of Labor**<br>**Employment & Training**<br>**Administration**<br>**Chicago National Processing Center**<br>**11 West Quincy Court**<br>**Chicago, IL 60604** | | - | **Case Ref No: H-300-13074-332080**<br>**For: Audit Examination Notice** | | | X | **Unknown** |
| Account No.<br><br>**Udrove**<br>**PO Box 329**<br>**New Plymouth, ID 83655** | | - | **GPS Service** | | | | **1,600.00** |
| Account No.<br><br>**Uglem-Ness Company**<br>**Hwy #15 West**<br>**Northwood, ND 58267** | | - | **Business debt** | | | | **1,516.30** |
| Account No.<br><br>**Vaaler Insurance Company**<br>**2701 S Columbia Road**<br>**PO Box 12848**<br>**Grand Forks, ND 58208-2848** | | - | **Premiums** | | | | **240,153.30** |

Sheet no. **19** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **243,269.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Altendorf Transport, Inc.**                                    ,   Case No.   **14-30651**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Repairs/parts | | | | |
| **Valley Truck** **1717 Central Ave NW** **East Grand Forks, MN 56721-1310** | - | | | | | | | 1,141.65 |
| Account No. | | | | Repairs/parts | | | | |
| **Valley Truck Parts** **6000 Hwy 50 & 287 W** **Lamar, CO 81052** | - | | | | | | | 525.00 |
| Account No. | | | | Leases on grain trailers | | | | |
| **Wallwork Financial Corp.** **P. O. Box 628** **Fargo, ND 58103** | - | | | | | | | 35,132.88 |
| Account No. | | | | Repairs/parts | | | | |
| **Wallwork Truck Center** **900 35th St. NW** **Fargo, ND 58102** | - | | | | | | | 1,855.86 |
| Account No. | | | | Business debt | | | | |
| **West River** **1000 Hwy 12** **Hettinger, ND 58639-7530** | - | | | | | | | 959.00 |
| Sheet no. **20** of **21** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 39,614.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Altendorf Transport, Inc.**                                    ,      Case No.    **14-30651**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Western Communications, Inc. 3106 Cambell St Rapid City, SD 57701 | - | | | | | | 159.00 |
| Account No. | | | Leases 043715-001 and 043715-002 | | | | |
| Western Equipment Finance, Inc. PO Box 640 Devils Lake, ND 58301-0640 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| William Hess 27469 280th Ave SE Brooks, MN 56715-9360 | - | | | | | | 142,955.02 |
| Account No. | | | Advertising | | | | |
| Yellow Pages PO Box 532.82 Atlanta, GA 30355 | - | | | | | | 396.00 |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 143,510.02 |
| | Total (Report on Summary of Schedules) | 1,779,927.12 |

B6G (Official Form 6G) (12/07)

In re  **Altendorf Transport, Inc.**                                          ,      Case No.    **14-30651**
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Advanced Business Methods**<br>**1515 13th Ave. East**<br>**PO Box 428**<br>**West Fargo, ND 58078** | **Copy machine lease** |
| **Blake Transportation**<br>**1234 McKinley**<br>**Great Bend, KS 67530** | **Truck lease** |
| **DGAZ Six, LLC**<br>**1734 West Yellowstone Way**<br>**Chandler, AZ 85248-4570** | **Building lease for 133 Harvey Ave., Minto, ND** |
| **Grand Forks Finance**<br>**1325 Demers Ave**<br>**Suite B**<br>**Grand Forks, ND 58201** | **Leases** |
| **Hanson Lease & Rental, Inc.**<br>**1325 Demers Ave**<br>**Grand Forks, ND 58208** | **Leases** |
| **Midcontinent Communications**<br>**PO Box 5010**<br>**Sioux Falls, SD 57117-5010** | **Internet Service Provider; contract expires in 2015** |
| **RDO Equipment**<br>**2900 Main Ave SE**<br>**Moorhead, MN 56560** | **Lease/rental contract for 2 2014 John Deere S680 Combines (S/N 1H0680SJE0766596 and 1H0S6800SCE0766737)**<br>**(Equipment recovered by lessor)** |
| **RDO Equipment Co.**<br>**PO Box 2745**<br>**Fargo, ND 58108-2745** | **Lease/rental contract for 7 JD Tractors and 6 combines, grain carts, headers, flex draper heads, and corn heads**<br>**(Equipment recovered by lessor)** |
| **Wallwork Financial**<br>**950 35th St. NW**<br>**Fargo, ND 58102** | **Leases** |
| **Western Finance & Lease**<br>**PO Box 640**<br>**Devils Lake, ND 58301-0640** | **Leases 043715-001 and 043715-002**<br>**(Equipment returned to lessor)** |

   **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Altendorf Transport, Inc.**                                    ,     Case No.    __14-30651__
                                         Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elmer Altendorf** | **Chase**<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| **Jan Altendorf** | **First Interstate Bank**<br>PO Box 7087<br>Billings, MT 59103 |
| **Jan Altendorf** | **John Deere Financial**<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| **Jan Altendorf** | **TCF Equipment Finance**<br>11100 Wayzata Blvd<br>Suite 801<br>Hopkins, MN 55305 |
| **Janice Altendorf** | **Chase**<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| **Janice Altendorf** | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| **Janice Altendorf** | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| **Janice Altendorf** | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| **Janice Altendorf** | **American Express**<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of North Dakota

In re    **Altendorf Transport, Inc.**                         Case No.    **14-30651**

                                 Debtor(s)               Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **37**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 9, 2015**                 Signature    **/s/ Janice M. Altendorf**

                                                   **Janice M. Altendorf**

                                                   **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of North Dakota

In re __Altendorf Transport, Inc.__                 Case No. __14-30651__

                              Debtor(s)           Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT                  SOURCE

             **$0.00**                  **2012/2013 Tax Returns Pending**

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT                  SOURCE

B7 (Official Form 7) (04/13)                                                                                                           2

---

### 3. Payments to creditors

None
■
*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Alberta Ltd | 09/20/14 (contract labor for acre and mgt services in Montana) | $9,800.00 | $0.00 |
| Altendrof Trucking, Inc. | 09/30/14 (paid t-check acct for OTR trucks) | $36,730.00 | $0.00 |
| Altendorf Trucking, Inc. | 10/20/14 (payment on t-checks for fueling otr trucks) | $38,670.49 | $0.00 |
| Chase | 09/27/14 (credit card payments for trucks) | $10,000.00 | $0.00 |
| Chubb & Son | 09/27/14 (general liability insurance) | $6,235.00 | $0.00 |
| Fitterer Sales | 09/27/14 (fuel acct for job done in mott, nd) | $69,720.69 | $0.00 |
| Fuo-Langdon | 10/08/14 (prepay fuel for jobs in Langdon) | $11,470.94 | $0.00 |
| Grand Forks Finance | 10/03/14 (truck payments) | $6,867.00 | $0.00 |
| Grossenburg Implement, Inc. 31341 US Highway 18 Winner, SD 57580 | 11/06/14 (repairs-insurance proceeds) | $31,071.75 | $0.00 |
| Mott Equity Exchange | 09/27/14 (fuel acct for job done in mott, nd) | $17,096.92 | $0.00 |
| Nelson, Kevin | 10/29/14 (1/3 payment on combine rental) | $9,000.00 | $0.00 |
| North Star Credit Union | 10/09/14 (bal due on hopper bottom trailers) | $15,000.00 | $0.00 |
| North Star Credit Union | 10/15/14 (partial payment on hopper trailers) | $19,098.00 | $0.00 |

---

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                      3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **RDO Corporate Ag** | **10/03/14 (equipment rental-combines)** | **$100,000.00** | **$0.00** |
| **RDO Corporate Ag** | **10/13/14 (equipment rental-combines)** | **$112,835.00** | **$0.00** |
| **Stelter Repair** | **10/24/14 (national indemnity insurance claim)** | **$14,568.75** | **$0.00** |
| **Wallwork Financial Corp** | **10/20/14 (payment on 5 grain trailers)** | **$24,502.65** | **$0.00** |
| **Wallwork Financial Corp** | **10/20/14 (payment on 2 grain trailers)** | **$14,167.84** | **$0.00** |
| **Wallwork Financial Corp.** **P. O. Box 628** **Fargo, ND 58103** | **10/01/14 (payment)** | **$8,373.27** | **$0.00** |
| **Koda Bank** **PO Box 369** **Drayton, ND 58225** | **11/06/14 (repayment of s-t loan)** | **$244,216.61** | **$0.00** |

None
■
　　c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
　　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Andrew Murray, et al. vs. Altendorf Transport, Inc., d/b/a Altendorf Harvesting and Janice Marie Altendorf; Case 2:10-cv-00103-RRE-KKK** | **Civil** | **United States District Court for the District of North Dakota** **Fargo, ND** | **Pending/Stayed** |
| **Farmers Cooperative Grain Company vs. Altendorf Harvesting, Inc.** **Case No. 2014-KM-212** | **Collection** | **Sumner County District Court, Kansas** | **Unknown** |
| **EADS Consumer Supply Co., Inc. vs. Jan Altendorf and Altendorf Harvesting** | **Collection** | **Kiowa County, Colorado County Court** | **Unknown** |

None
■
　　b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                 4

---

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Western Equipment Finance, Inc.** <br> **PO Box 640** <br> **Devils Lake, ND 58301** | **November and December 2014 (prepetition)** | **Return of 2 leased RoadRunner fuel trailers and Rock Hard GPS units.** |
| **RDO Equipment** <br> **PO Box 7160** <br> **Fargo, ND 58106-7160** | **October and November 2014** | **8 leased combines, 7 tractors, 6 cornheads, 6 pickup heads, 7 grain carts, and 7 flex drapers** |
| **Grand Forks Finance** <br> **1325 Demers Ave** <br> **Suite B** <br> **Grand Forks, ND 58201** | **December 2014** | **Leased trailer #487 (prepetition)** |
| **Agricredit Acceptance LLC** <br> **PO Box 14535** <br> **Des Moines, IA 50306-3535** | **December 2014** | **MCD FD75 Flex Draper S/N 254058-14** <br> **MCD FD75 Flex Draper S/N 244274-14** <br> **MCD FD75 Flex Draper S/N 244112-14** <br> **TRT CT220TT Combine Trailer S/N 2CUFCEVN0D2033278** |

---

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                         5

---

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Vogel Law Firm**<br>**218 NP Avenue**<br>**P. O. Box 1389**<br>**Fargo, ND 58107-1389** | **11/6/14 and 11/14/14; Altendorf Trucking** | **$5,000.00 and $2,500.00** |

---

**10. Other transfers**

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Elmer F. Altendorf**<br>**PO Box 371**<br>**Minto, ND 58261**<br>  **Buyer** | **11/20/14** | **Purchase of 20.58 acres in S1/2 SE1/4 Sec. 30 TWP 155 RNG 52; $22,000 (value per appraisal 11/14/14).** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**Grafton, ND** | **Business Checking (Account No. 2182639589); $946.97** | **11/17/14** |

---

B7 (Official Form 7) (04/13)                                                                                                          6

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Grand Forks Finance<br>1325 Demers Ave<br>Suite B<br>Grand Forks, ND 58201** | **Various pieces of equipment** | **Ardoch, ND** |
| **Wallwork Financial<br>950 35th St. NW<br>Fargo, ND 58102** | **Hopper Bottom 2010 GT478-10<br>1DW1A4027BS237709 Stoughton 72" Sides ($15,000)<br>Hopper Bottom 2010 GT479-10<br>1DW1A4021BS237706 Stoughton 72" Sides ($15,000)<br>Hopper Bottom 2010 GT480-10<br>1DW1A402XBS237705 Stoughton 72" Sides ($15,000)<br>Hopper Bottom 2010 GT482-10<br>1DW1A4026BS237703 Stoughton 72" Sides ($15,000)<br>Hopper Bottom 2010 GT483-10<br>1DW1A4024BS237702 Stoughton 72" Sides ($15,000)** | **Ardoch, ND** |
| **Altendorf Trucking Inc.<br>105 7th Street<br>Minto, ND 58261** | **2009 Trailer-Header; HT450-09; VIN 2CUR492EX92025850 Trailtech DR21000-40'** | **Ardoch, ND** |
| **Udrove<br>PO Box 329<br>New Plymouth, ID 83655** | **GPS units** | **133 Harvey Ave., Minto, ND** |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

B7 (Official Form 7) (04/13)    7

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                      8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Altendorf Transport, Inc.** | 91-1785020 | **133 Harvey Avenue Minto, ND 58261** | **Trucking and harvesting** | **1998 to December 2014** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                            ADDRESS

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                          DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                                 DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                           DATE ISSUED
**Koda Bank**

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY               INVENTORY SUPERVISOR                      DOLLAR AMOUNT OF INVENTORY
                                                                         (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                        RECORDS

B7 (Official Form 7) (04/13)                                                                                                                    9

**21 . Current Partners, Officers, Directors and Shareholders**

None
■        a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None
☐        b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
         controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                                 NATURE AND PERCENTAGE
NAME AND ADDRESS                        TITLE                                     OF STOCK OWNERSHIP
**Janice M. Altendorf**                 **President**                            **100%**
**PO Box 351**
**Minto, ND 58261**

**22 . Former partners, officers, directors and shareholders**

None
■        a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
         commencement of this case.

NAME                                    ADDRESS                                  DATE OF WITHDRAWAL

None
■        b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
         immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■        If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
         in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
         commencement of this case.

NAME & ADDRESS                                                                   AMOUNT OF MONEY
OF RECIPIENT,                           DATE AND PURPOSE                         OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                            VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
         group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
         of the case.

NAME OF PARENT CORPORATION                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■        If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
         employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                                                          10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date  __January  9, 2015_____          Signature     __/s/ Janice M. Altendorf_____

                                                           **Janice M. Altendorf**
                                                           **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## District of North Dakota

In re  **Altendorf Transport, Inc.**

Debtor(s)

Case No.  **14-30651**

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .................................................. $  _____

Prior to the filing of this statement I have received .................................... $  _____

Balance Due ........................................................................................... $  _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ............ $  **7,500.00**

The undersigned shall bill against the retainer at an hourly rate of ............... $  **280.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  $  **335.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ☒ Other (specify):    **Altendorf Trucking**

4.  The source of compensation to be paid to me is:

☐ Debtor    ☒ Other (specify):    **Altendorf Trucking**

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor in any adversary actions, avoidances or, relief from stay motions.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January  9, 2015**

**/s/ Jon R. Brakke**
**Jon R. Brakke 03554**
**Vogel Law Firm**
**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**
**(701) 237-6983  Fax: (701) 476-7676**

---