UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No. 14-30651 |
| ) | Chapter 7 |
| Altendorf Transport, Inc. ) | |
| ) | **NOTICE FOR ABANDONMENT** |
| Debtor. ) | **OF PROPERTY** |
| ) | |

     Cheryl Bergian, the bankruptcy trustee, hereby gives notice of her intent to abandon the following property held by debtor because the property is not salable with a return for the bankruptcy estate. The property is described as:

     Trailer-Header 2013 HT450 HHA81244 Headhunter HT42
     Trailer-Header 2009 HT451-09 2CUR492E492026895 Trailtech DR21000-40'
     Trailer-Header 2013 HT451-13 HHA81245 Headhunter HT42
     Trailer-Header 2013 HT452-13 HHA81246 Headhunter HT42
     Trailer-Header 2013 HT453-13 2229 Headhunter HT42
     Trailer-Header 2013 HT454-13 2236 Headhunter HT42
     Trailer-Header 2013 HT455 HHA1243 Headhunter HT42
     Trailer-Header 2013 HT456-13 HB4245-5978 Challenger - Harvest
     Trailer-Header 2013 HT457-13 HB4245-5991 Challenger - Harvest

     The property is subject to a security interest with a balance of $57,176.74 held by TCF Equipment Finance. The Debtor's estimate of the value of the property is $56,500.00. There is not equity in the property sufficient to provide a return to the creditors. Therefore, the trustee hereby gives notice of her intent to abandon the asset.

**NOTICE:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this notice must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated

below. Failure to timely respond to this notice will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING:  01/ 16 /2015

/s/ Cheryl Bergian
Cheryl Bergian
Bankruptcy Trustee
Cheryl Bergian Law Office
PO Box 2152
Fargo, ND 58108-2152
(701) 232-5051

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | Altendorf Transport, Inc., | **Chapter 7** |
| | Debtor. | **Bankruptcy No.: 14-30651** |

UNSWORN CERTIFICATE OF SERVICE

Victoria Dargen, declares under the penalty of perjury that on this 16th day of January, 2015, she caused to be filed electronically the following:

Trustee's Notice for Abandonment of Property

thereby generating electronic service by CM/ECF on those electronic addresses below. She also served the following by first class mail at the addresses in the attached mailing matrix:

U.S. Trustee
CM/ECF

Jon R. Brakke, Vogel Law Firm
Attorney for Debtor
CM/ECF

All Creditors (See attached mailing matrix)

Executed on: January 16, 2015

/s/ Victoria Dargen
Victoria Dargen

```
Label Matrix for local noticing          Altendorf Transport, Inc.              U.S. BANKRUPTCY COURT
0868-3                                    133 Harvey Avenue                      655 1ST AVENUE NORTH, SUITE 210
Case 14-30651                             P. O. Box 356                          FARGO, ND 58102-4932
District of North Dakota                  Minto, ND 58261-0356
Fargo
Thu Jan 15 09:06:17 CST 2015

A & A Tire & Repair                       Advanced Business Methods              Agricredit Acceptance LLC
PO Box 145                                1515 13th Ave. East                    PO Box 14535
Midland, SD 57552-0145                    PO Box 428                             Des Moines, IA 50306-3535
                                          West Fargo, ND 58078-0428


Akran Marketing                           Altendorf Trucking Inc.                Alvin Boucher
2000 Thurston Drive, Suite 12             105 7th Street                         Robert Vogel Law Office
Ottawa, Ontario K1G                       Minto, ND 58261                        200 First Avenue North, Suite 30
Canada                                                                           PO Box 5576
                                                                                 Grand Forks, ND 58206-5576


Amber Waves RV                            American Express Customer Service      Andre Marneweck
PO Box 127                                PO Box 981535                          1006 Maple Ave
Bushton, KS 67427-0127                    El Paso, TX 79998-1535                 Las Animas, CO 81054-1846


Andrew Murray                             Berts Truck Equipment Inc.             Blake Transportation
Bally Vilage No. 2                        2506 Business Hwy 2 East                1234 McKinley
Rustenburg                                East Grand Forks, MN 56721-9266        Great Bend, KS 67530-3529
North-West 2099 South Africa


Bulldog Designs                           Butler Machinery                       CAN Capital
212 S 4th Street                          3401 33rd St SW                        Attn: Derron Hardy
Suite LL                                  PO Box 9559                            2015 Vaugh Rd, Suite 500
Grand Forks, ND 58201-4776                Fargo, ND 58106-9559                   Kennesaw, GA 30144-7831


CAN Capital Asset Servicing Inc.          Caldwell Coop                          Capital One
155 North 400 West                        109 N Arapahoe                         PO Box 30285
Suite 315                                 PO Box 191                             Salt Lake City, UT 84130-0285
Salt Lake City, UT 84103-1111             Caldwell, KS 67022-0191


Central Prairie Coop                      Century Link-Grain Express             Chase
PO Box 159                                PO Box 91154                           PO Box 15298
Sterling, KS 67579-0159                   Seattle, WA 98111-9254                 Wilmington, DE 19850-5298


Colby Canvas Company                      D & M Auto Body                        DGAZ Six, LLC
285 E 3rd Street                          PO Box 344                             1734 West Yellowstone Way
PO Box 793                                East Grand Forks, MN 56721-0344        Chandler, AZ 85248-4870
Colby, KS 67701-0793


Dakota Metal Fabrication                  Dales Body Shop                        Dorin Butnariu
PO Box 66                                 635 Griggs Ave.                        Luliu Maniu 28
Manvel, ND 58256-0066                     Grafton, ND 58237-1435                 50091-Brasov - 2200, Romania
```

```
Drees Riskey                    Eads Consumer Supply            Elmer Altendorf
1405 Library Circle             500 E 15th St Hwy 287           PO Box 371
Grand Forks, ND 58201-6399      PO Box 98                       Minto, ND 58261-0371
                                Eads, CO 81036-0098


Erling's Oil                    Farmers Union-Buxton            Ferrellgas
511 4th Ave                     PO Box 116                      PO Box 173940
PO Box 700                      Buxton, ND 58218-0116           Denver, CO 80217-3940
Langdon, ND 58249-0700


Finest Auto Trim, Inc.          First Interstate Bank           Forks Freight
2201 Demers Ave                 PO Box 7087                     4200 Gateway Dr
Grand Forks, ND 58201-4165      Billings, MT 59103-7087         PO Box 12665
                                                                Grand Forks, ND 58208-2665


Gavilon                         Grafton Auto Electric           Grafton True Value
Attn: Matthew Debolt            PO Box 608                      532 Hill Avenue
1331 Capitol Ave                Grafton, ND 58237-0608          Grafton, ND 58237-1444
Omaha, NE 68102-1106


Grand Forks Finance             H.E. Everson                    Hanson Lease & Rental, Inc.
1325 Demers Ave                 PO Box 167                      1325 Demers Ave
Suite B                         Grafton, ND 58237-0167          Grand Forks, ND 58201-4339
Grand Forks, ND 58201-4339


Hanson's Auto                   Hugh Barron                     (p)INTERNAL REVENUE SERVICE
14830 Hwy 17 W                  267 Parton Road                 CENTRALIZED INSOLVENCY OPERATIONS
Grafton, ND 58237-9102          Papamoa                         PO BOX 7346
                                Bay of Plenty, New Zealand 3118 PHILADELPHIA PA 19101-7346


Interstate Power                Interstate Tire Account         JD Finance
PO Box 1450                     PO Box 1450                     PO Box 4450
Minneapolis, MN 55485-7244      Minneapolis, MN 55485-7244      Carol Stream, IL 60197-4450


John Deere Financial            John Deere Financial            Johnson Trailer
Farm Plan Account               PO Box 6600                     PO Box 1516
8402 Excelsior Drive            Johnston, IA 50131-6600         Bismarck, ND 58502-1516
PO Box 5328
Madison, WI 53705-0328


KXPO & KAUJ                     Kansas Department of Revenue    Leading Edge Equipment
856 W 12th St                   Division of Property Valuation  506 Hwy 2 W
Grafton, ND 58237-2120          915 SW Harrison St              PO Box 1108
                                Topeka, KS 66612-1585           Devils Lake, ND 58301-1108


Leoti Ag Supply                 Lucken Trucks & Parts           MN Department of Public Safety
707 S 4th St                    23125 430th St SE               Overweight Truck Enforcement Program
Leoti, KS 67861-7001            PO Box 69                       1110 Centre Pointe Curve
                                Winger, MN 56592-0069           Mendota Heights, MN 55120-4103
```

Mac Schneider
Schneider, Schneider & Schneider
815 Third Avenue South
Fargo, ND 58103-1815

Midcontinent Communications
PO Box 5010
Sioux Falls, SD 57117-5010

Mitchell's Pilot Car Service
900 Road 322
Glendive, MT 59330-9350

Morne Vivier
24 Limpgro Str.
Bonnie Brook
Kraaifontain 7570 South Africa

NAPA Auto Parts
Farnam Genuine Parts
216 Dakota Ave. No.
Huron, SD 57350-1638

NAPA-North Central Auto
109 W 1st St
Havre, MT 59501-3580

National Indemnity
PO Box 77029
Minneapolis, MN 55480-7729

Northwest Truck and Trailer, Inc.
4020 12th Ave NW
Fargo, ND 58102-2910

Oakes Truck & Trailer, LLC
11019 Hwy 11
Oakes, ND 58474-9106

PS Doors
4212 Gateway Dr
Grand Forks, ND 58203-0820

Performant Recovery, Inc.
PO 9046
Pleasanton, CA 94566-9046

Philip Health Services, Inc.
PO Box 550
Philip, SD 57567-0550

Phillip F. Malouff, Jr.
301 Colorado Avenue, Suite 300
PO Box 780
La Junta, CO 81050-0780

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Plains Cooperative Telephone
PO Box 123
Joes, CO 80822-0123

Prairie Motel
12150 US Hwy 63
Anton, CO 80801

RDO Equipment
2900 Main Ave SE
Moorhead, MN 56560-5465

RDO Equipment
Hwy 83 N
Washburn, ND 58577

RDO Equipment Co.
ATTN: Brian Madson
Director of Credit Operations
PO Box 7160
Fargo, ND 58106-7160

RDO Equipment Co.
PO Box 2745
Fargo, ND 58108-2745

RDO Truck Center, Inc.
ATTN: Sandra Hall
PO Box 9030
Fargo, ND 58106-9030

Reliance Telephone
118 Gateway Drive NW
East Grand Forks, MN 56721-1570

River Valley Newspaper Group
PO Box 4008
La Crosse, WI 54602-4008

Ron's Oil Co.
Kansas 96
Tribune, KS 67879

Ruan Gouws
PO Box 379
Marble Hall
0450, South Africa

S & S Trailer
717 N Pennsylvania
Ness City, KS 67560-1666

Semi Trailer Sales
3701 38th Street South #A
Fargo, ND 58104-6914

Stones
1550 47th Ave S
Grand Forks, ND 58201-3403

Surplus Center
1730 North Washington
Grand Forks, ND 58203-1426

T.R.S. Industries, Inc.
1230 40th Street NW
Fargo, ND 58102-2957

| | | |
|---|---|---|
| TCF Equipment Finance<br>11100 Wayzata Blvd<br>Suite 801<br>Hopkins, MN 55305-5503 | Texas Comptroller Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Theodore P. Watson<br>925 S Niagara St<br>Suite 600<br>Denver, CO 80224-1681 |
| Theodore P. Watson and Associates<br>13721 East Rice Place<br>Suite 106<br>Aurora, CO 80015-1062 | Titan Machinery<br>PO Box 14548<br>Grand Forks, ND 58208-4548 | Tom Wood<br>PO Box 171<br>Joplin, MT 59531-0171 |
| Toner's Tire<br>PO Box 226<br>Rudyard, MT 59540-0226 | Tri-Steel Mfg. Company<br>PO Box 14716<br>Grand Forks, ND 58208-4716 | U. S. Department of Labor<br>Occupational Health & Safety Admin.<br>200 Constitution Avenue NW<br>Washington, DC 20210-0001 |
| U. S. Dept. of the Treasury<br>Debt Management Services<br>PO Box 830794<br>Birmingham, AL 35283-0794 | U.S. Department of Labor<br>Employment & Training Administration<br>Chicago National Processing Center<br>11 West Quincy Court<br>Chicago, IL 60604-2096 | Udrove<br>PO Box 329<br>New Plymouth, ID 83655-0329 |
| Uglem-Ness Company<br>Hwy #15 West<br>Northwood, ND 58267 | Vaaler Insurance Company<br>2701 S Columbia Road<br>PO Box 12848<br>Grand Forks, ND 58208-2848 | Valley Truck<br>1717 Central Ave NW<br>East Grand Forks, MN 56721-1310 |
| Valley Truck Parts<br>6000 Hwy 50 & 287 W<br>Lamar, CO 81052 | Wallwork Financial<br>950 35th St. NW<br>Fargo, ND 58102-3089 | Wallwork Financial Corp.<br>P. O. Box 628<br>Fargo, ND 58107-0628 |
| Wallwork Truck Center<br>900 35th St. NW<br>Fargo, ND 58102-3089 | West River<br>1000 Hwy 12<br>Hettinger, ND 58639-7530 | Western Communications, Inc.<br>3106 Cambell St<br>Rapid City, SD 57701-0120 |
| Western Equipment Finance, Inc.<br>PO Box 640<br>Devils Lake, ND 58301-0640 | Western Finance & Lease<br>PO Box 640<br>Devils Lake, ND 58301-0640 | William Hess<br>27469 280th Ave SE<br>Brooks, MN 56715-9360 |
| Yellow Pages<br>PO Box 532.82<br>Atlanta, GA 30355 | Cheryl Bergian<br>Bankruptcy Trustee<br>1 N. 2nd St., Ste. 122<br>P.O. Box 2152<br>Fargo, ND 58107-2152 | Jon R. Brakke<br>Vogel Law Firm<br>P.O. Box 1389<br>Fargo, ND 58107-1389 |
| Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | | |