UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Chapter 7 |
| ALTENDORF TRANSPORT, INC., | |
| Debtor | Case No. 14-30651 |
| _____ | |
| ANDREW MURRAY,<br>TIM CHAPMAN, RUAN GOUWS,<br>HUGH BARRON, RAYMOND OWEN,<br>MORNE VIVIER, DORIN BUTNARIU,<br>and ANDRE MARNEWECK, individually<br>and on behalf of all similarly situated persons, | **STIPULATION<br>FOR EXTENSION<br>OF TIME FOR<br>PLAINTIFF TO<br>OBJECT TO DEFENDANT'S<br>MOTION TO DISMISS<br>COMPLAINT** |
| Plaintiffs | |
| -- against -- | Adversary Proceeding No.<br>15-07002 |
| ALTENDORF TRANSPORT, INC., | |
| Defendant | |
| _____ | |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OBJECT TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Defendant has filed and served a Motion to Dismiss Adversary Proceeding in the above matter. See Doc. #5. Plaintiff's last day to object is May 6, 2015. See Doc. #6.

However, the parties in the above action, having conferred through counsel, hereby stipulate to a two-week extension of time within which Plaintiff may object to Defendant's Motion to Dismiss Adversary Proceeding. Plaintiff respectfully moves the Court to enter a scheduling order setting a May 20, 2015 deadline for Plaintiff to object to Defendant's motion to dismiss.

| | |
|---|---|
| BY: /s/ Mac Schneider | BY: /s/ Jon R. Brakke |
| Mac Schneider | Jon R. Brakke (#03554) |
| ND ID # 06476 | Vogel Law Firm |
| Schneider, Schneider, & Schneider | 218 NP Avenue |
| 815 Third Avenue South | PO Box 1389 |
| Fargo, ND 58103 | Fargo, ND 58107-1389 |
| 701-235-4481 | 701-237-6983 |
| mac@schneiderlawfirm.com | jbrakke@vogellaw.com |

1