UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In the matter of: | ) | |
| | ) | |
| Altendorf Transport, Inc., | ) | |
| | ) | Case number: 14-30651 |
| Debtor. | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |

NOTICE OF APPLICATION FOR APPROVAL OF
EMPLOYMENT OF AUCTIONEER

The Trustee filed and served an Application for Approval of Employment of Auctioneer dated April 14, 2016. Your rights may be affected in the action. You should read the papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING: April 14, 2016     /s/ Cheryl Bergian
Cheryl Bergian
Bankruptcy Trustee
Cheryl Bergian Law Office
1 N. 2nd St., Ste. 122
PO Box 2152
Fargo, ND 58108-2152
(701) 232-5051

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In the matter of: )
)
Altendorf Transport, Inc., )
) Case number: 14-30651
Debtor. )
) Chapter 7
)

APPLICATION FOR APPROVAL OF
EMPLOYMENT OF AUCTIONEER

Cheryl Bergian, the Trustee of the estate of the above-named Debtor hereby applies for approval of employment of Dave Kostue of Steffes Group, Inc., as Auctioneer to provide auction services of non-exempt property of debtor.

The terms and conditions of compensation are as follows: 8% commission for auction on the Steffes monthly online consignment auction plus actual expenses that will be necessary for the transportation of equipment to sold to Fargo, North Dakota, which will be $44.00 per man hour.

Said professional has disclosed to the undersigned that he has the following connections with the Debtor, creditors, and other parties-in-interest:   None

Dated: April 14, 2016

/s/ Cheryl Bergian
Cheryl Bergian, Trustee

## 2014(a) RULE VERIFICATION

I, Dave Kostue of Steffes Group, Inc., the proposed professional named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: 3-28-16

Dave Kostue
(218) 779-6865

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 14-30651 |
| | ) | Chapter 7 |
| Altendorf Transport, Inc., | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Debtor. | ) | |
| _____ | ) | |

Cheryl Bergian of Fargo, ND, swears that on April 14, 2016, she mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

NOTICE AND APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER

thereby generating electronic service by CM/ECF on those electronic addresses below. She also served the following by first class mail at the addresses stated below:

Altendorf Transport, Inc.
133 Harvey Ave.
PO Box 356
Minto, ND 58261

Mac Schneider, Attorney at Law
Schneider, Schneider & Schneider
815 Third Avenue South
Fargo, ND 58103

Rachel R. Obaldo
Assistant Attorney General

U.S. Trustee
CM/ECF

Jon R. Brakke
Attorney for Debtors
CM/ECF

c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Michael A. Loesevitz, ND ID # 06817
CAMRUD, MADDOCK, OLSON &
LARSON, LTD.
401 DeMers Avenue, Suite 500
P.O. Box 5849
Grand Forks, ND 58206-5849

/s/   Cheryl Bergian
Cheryl Bergian